**Jeffrey P. HEMMEL, et al., Respondents,**

v.

**Luke UNGASHICK, et al., Appellants.**

**WD 80273**

Missouri Court of Appeals,
Western District.

Order filed: November 21, 2017

Robert H. Schnieders, Oak Grove, for Respondents

Todd H. Bartels, Kansas City, for Appellants

Before Division Three: Lisa White Hardwick, Presiding Judge, Victor C. Howard, Judge and Alok Ahuja, Judge

## ORDER

PER CURIAM:

Luke Ungashick and Automated Ingredient Systems, LLC appeal the Amended Judgment of the Jackson County Circuit Court. They present four points on appeal. First, they claim the plaintiff's breach of contract claim was barred by the statute of frauds. Second, they claim the plaintiff's breach of contract claim was barred by the statute of limitations. Third, they claim the trial court's award of attorneys' fees was beyond the scope set forth in the contract at issue. Fourth, they claim they should be indemnified. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment is affirmed. Rule 84.16(b).